# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**AARON MICHAEL LEWIS**
**ADC #151373**                                                              **PETITIONER**

### CASE NO. 2:20-CV-8-JM-BD

**STATE OF ARKANSAS,**                                                       **RESPONDENTS**
**WENDY KELLEY, Director, A.D.C.**

### RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Mr. Lewis may file written objections. To be considered, however, objections must be filed with the Clerk of Court within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Lewis does not object, he may lose the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.  Discussion:**

Petitioner Aaron Michael Lewis is serving two consecutive life sentences in the Arkansas Division of Correction (ADC), having been found guilty by a Pulaski County, Arkansas jury of capital murder and kidnapping. (Docket entry #1 at 12-14) On January 17, 2020, Mr. Lewis filed this federal petition for writ of habeas corpus under 28 U.S.C. § 2254. (#1)

In a January 17, 2020 Order, the Court alerted Mr. Lewis to specific problems with his petition. (#2) First, he had not satisfied the filing fee requirement either by filing a motion to proceed *in forma pauperis* (IFP) or by paying the $5.00 filing fee. (*Id.*) The Court cautioned Mr. Lewis that if he wished to pursue his case, he would have to file a request to proceed IFP or pay the $5.00 filing fee within 30 days; otherwise, his petition would be dismissed. (*Id.*) The Clerk mailed an IFP application to Mr. Lewis along with a copy of the January 17 Order.

Second, the Court warned Mr. Lewis that his petition did not state how his custody violates the United States Constitution or federal law, as required to state a valid claim for federal habeas corpus relief. See 28 U.S.C. § 2254(a). Mr. Lewis was ordered to file an amended petition within 30 days explaining how his current custody violates either the Constitution or laws of the United States.

The 30-day time for complying with the requirements set out in the January 17 Order has passed; yet, Mr. Lewis has not addressed either the filing requirement or the order to file an amended petition.

### III.  **Certificate of Appealability:**

When entering a final order adverse to a petitioner, the Court must issue or deny a certificate of appealability. See Rule 11 of the Rules Governing Section 2254 Cases in the United States District Court. The Court can issue a certificate of appealability only if Mr. Lewis has made a substantial showing that he was denied a constitutional right. 28 U.S.C. § 2253(c) (1)-(2). In this case, Mr. Lewis has not provided a basis for the Court to

issue a certificate of appealability. Accordingly, a certificate of appealability should be denied.

**IV.    Conclusion:**

The Court recommends that Mr. Lewis's petition be dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's January 17, 2020 Order.

DATED this 28th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE