**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**AARON MICHAEL LEWIS**
**ADC #151373**                                                        **PETITIONER**

**CASE NO. 2:20-CV-8-JM-BD**

**STATE OF ARKANSAS,**                                    **RESPONDENTS**
**WENDY KELLEY, Director, A.D.C.**

<u>**ORDER**</u>

The Court has carefully reviewed the Recommended Disposition filed by

Magistrate Judge Beth Deere. Petitioner Aaron Michael Lewis has not filed any

objections to the Recommendation. After careful consideration, this Court adopts the

Recommendation as its own.

Mr. Lewis's petition for writ of habeas corpus (docket entry #1) is DENIED and

DISMISSED, without prejudice.

IT IS SO ORDERED this 17th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE