IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON MICHAEL LEWIS**
**ADC #151373**     **PETITIONER**

**CASE NO. 2:20-CV-8-JM-BD**

**STATE OF ARKANSAS,**     **RESPONDENTS**
**WENDY KELLEY, Director, A.D.C.**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED, this 17th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE